IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

JUN 0 5 2006

OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:04MJ38 |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| EZRA SHERMAN FRANKLIN, ) | |
| ) | |
| Defendant. ) | |

This matter came before the Court on the Motion to Dismiss [29] filed by the United States. The Court finds the Motion should be granted.

IT IS THEREFORE ORDERED:

1. The plaintiff's Motion [29] is granted and the Complaint filed in the above-captioned matter is dismissed.

2. The status hearing scheduled for June 8, 2006, is cancelled.

Dated this 5 day of June 2006.

BY THE COURT:

_____
F.A. GOSSETT, III
United States Magistrate Judge.